IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07-CV-52-W

| | |
|---|---|
| RANDY L. THOMAS, Plaintiff, v. HELMS MULLISS WICKER PLLC, JAMES G. MIDDLEBROOKS, and MARK W. JOHNSON, Defendants. | ORDER |

THIS MATTER comes before the Court on Defendants' Motion to Transfer or Reassign this matter to United States District Judge Graham C. Mullen (Doc. No. 8).

Having reviewed the Complaint in this matter and the pertinent materials in the Court file in <u>Alfred T. Thomas and Randy L. Thomas as Guardian Ad Litem v. Charlotte-Mecklenburg Board of Education, et al.</u>, Civil Action No. 3:06-CV-238-MU, the Court exercises its inherent discretion to transfer this matter to Judge Mullen for further proceedings.

IT IS SO ORDERED.

Signed: March 7, 2007

Frank D. Whitney
United States District Judge