IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:07cv00052

|  |  |  |
|---|---|---|
| RANDY L. THOMAS,<br>            Plaintiff, | ) ) ) ) | |
| v. | ) ) | **ORDER** |
| HELMS MULLISS WICKER PLLC, JAMES<br>G. MIDDLEBROOKS, and MARK W.<br>JOHNSON<br>            Defendants. | ) ) ) ) ) ) | |

THIS MATTER is before the Court upon Plaintiff's Motion for Recusal (Docket #18)

and Motion for Sanctions (Docket #19).

There is no basis for either recusal or sanctions, therefore the Motion for Recusal is

DENIED and the Motion for Sanctions is DENIED.

It is so ordered.

Signed: April 3, 2007

Graham C. Mullen
United States District Judge