# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randy L. Thomas,

    Plaintiff(s),

vs.

Helms Mulliss Wicker, PLLC,
G. Middlebrooks, and Mark W. Johnson

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-52

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2007 Order.

**Signed: April 3, 2007**

Frank G. Johns, Clerk
United States District Court