IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:07cv00052

| | | |
|---|---|---|
| RANDY L. THOMAS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HELMS MULLISS WICKER PLLC, JAMES | ) | |
| G. MIDDLEBROOKS, and MARK W. | ) | |
| JOHNSON | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER is before the Court upon Plaintiff's Motion for Relief from Judgment and Order (Document #31).

This Court understands Plaintiff's current motion to be asking the Court to grant relief from its April 3, 2007 orders (granting Defendants' Motion to Dismiss, Document #21, and denying Plaintiff's Motion for Recusal and Motion for Sanctions, Document #22). Previously, Plaintiff appealed the decisions in those orders to the Fourth Circuit (Document #24), but the Court of Appeals affirmed this Court in its July 2, 2007 order.

Given the affirmation of the orders by the Fourth Circuit, along with the absence of any cognizable reason why this Court should reverse its previous decisions, Plaintiff's Motion for Relief is DENIED.

IT IS SO ORDERED.

Signed: June 19, 2008

Graham C. Mullen
United States District Judge